UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-20070-WILLIAMS/REID

| | |
|---|---|
| SAGAR R. DESAI, individually and on behalf of ALL OTHERS similarly situated,<br><br>   Plaintiff,<br><br>            v.<br><br>ANKER TECHNOLOGY CORPORATION, a Delaware Corporation, FANTASIA TRADING LLC, a Delaware Limited Liability Company, and POWER MOBILE LIFE LLC, a Washington limited liability company,<br><br>                     Defendants. | |

**[PROPOSED] ORDER GRANTING DEFENDANTS FANTASIA TRADING LLC AND POWER MOBILE LIFE LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO THE COMPLAINT**

      The Court having reviewed Defendants Fantasia Trading LLC and Power Mobile Life LLC's Unopposed Motion for Extension of Time to Answer or Respond to the Complaint, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. Defendants' deadline to answer or respond to the complaint shall be extended until April 12, 2023.

      IT IS SO ORDERED.


      Dated: _____


                                                  _____
                                                  KATHLEEN M. WILLIAMS
                                                  UNITED STATES DISTRICT COURT JUDGE