CLOSED,LMR,REF_PTN

# U.S. District Court
# Southern District of Florida (Miami)
# CIVIL DOCKET FOR CASE #: 1:23−cv−20070−KMW

Desai v. Anker Technology Corporation et al
Assigned to: Judge Kathleen M. Williams
Referred to: Magistrate Judge Lisette M. Reid
Cause: 28:1332 Diversity

Date Filed: 01/06/2023
Date Terminated: 03/10/2023
Jury Demand: Plaintiff
Nature of Suit: 245 Tort Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Sagar R Desai**
*individually and on behalf of all others similarly situated*

represented by **Benjamin Jacobs Widlanski**
Kozyak Tropin Throckmorton LLP
2525 Ponce De Leon Boulevard
9th Floor
Miami, FL 33134
305−372−1800
Fax: 305−372−3508
Email: bwidlanski@kttlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J Neary**
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd
9th Floor
Coral Gables, FL 33134
(305) 372−1800
Fax: (305) 372−3508
Email: rn@kttlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Michael Stein**
Rennert Vogel Mandler & Rodriguez, P.A.
100 SE 2nd St.
Suite 2900
Miami, FL 33131
3054233437
Fax: 3053766176
Email: rstein@rvmrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Scott Maland**
Mark Migdal and Hayden
80 SW 8th Street
33130
Miami, FL 33130
305−374−0440
Email: dmaland@kttlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Anker Technology Corporation**
*a Delaware corporation*

**Defendant**

**Fantasia Trading LLC**                          represented by  **Diana Marie Fassbender**
*a Delaware limited liability company*                           Orrick
                                                                 1152 15th Street NW
                                                                 Washington, DC 20005
                                                                 202–339–8533
                                                                 Fax: 202–339–8400
                                                                 Email: dszego@orrick.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Power Mobile Life LLC**                         represented by  **Diana Marie Fassbender**
*a Washington limited liability company*                         (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/06/2023 | Ï 1 | COMPLAINT against All Defendants. Filing fees $ 402.00 receipt number AFLSDC–16222468, filed by Sagar R Desai. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s) Anker, # 3 Summon(s) Fantasia, # 4 Summon(s) Power)(Maland, Daniel) (Entered: 01/06/2023) |
| 01/06/2023 | Ï 2 | Clerks Notice of Judge Assignment to Judge Kathleen M. Williams. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Lisette M. Reid is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. (pc) (Entered: 01/09/2023) |
| 01/06/2023 | Ï 3 | Summons Issued as to Anker Technology Corporation, Fantasia Trading LLC, Power Mobile Life LLC. (pc) (Entered: 01/09/2023) |
| 01/09/2023 | Ï 4 | ORDER OF REFERRAL AND NOTICE OF COURT PRACTICE AND PROCEDURES: ORDER REFERRING CASE to Magistrate Judge Lisette M. Reid for Pretrial Non–Dispositive Matters. Signed by Judge Kathleen M. Williams on 1/9/2023. *See attached document for full details.* (scn) (Entered: 01/10/2023) |
| 01/10/2023 | Ï 5 | NOTICE of Attorney Appearance by Robert J Neary on behalf of Sagar R Desai (Neary, Robert) (Entered: 01/10/2023) |
| 01/17/2023 | Ï 6 | STANDING DISCOVERY ORDER FOR MAGISTRATE JUDGE LISETTE M. REID. Signed by Magistrate Judge Lisette M. Reid on 1/17/2023. *See attached document for full details.* (pc) (Entered: 01/18/2023) |
| 02/06/2023 | Ï 7 | |

| | | WAIVER OF SERVICE Returned Executed by Sagar R Desai. Fantasia Trading LLC waiver sent on 1/11/2023, response/answer due 3/13/2023. (Neary, Robert) (Entered: 02/06/2023) |
|---|---|---|
| 02/06/2023 | Ï 8 | WAIVER OF SERVICE Returned Executed by Sagar R Desai. Power Mobile Life LLC waiver sent on 1/11/2023, response/answer due 3/13/2023. (Neary, Robert) (Entered: 02/06/2023) |
| 03/03/2023 | Ï 9 | NOTICE of Attorney Appearance by Diana Marie Fassbender on behalf of Fantasia Trading LLC, Power Mobile Life LLC. Attorney Diana Marie Fassbender added to party Fantasia Trading LLC(pty:dft), Attorney Diana Marie Fassbender added to party Power Mobile Life LLC(pty:dft). (Fassbender, Diana) (Entered: 03/03/2023) |
| 03/03/2023 | Ï 10 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 1 Complaint, by Fantasia Trading LLC, Power Mobile Life LLC. (Attachments: # 1 Proposed Order)(Fassbender, Diana) (Entered: 03/03/2023) |
| 03/07/2023 | Ï 11 | PAPERLESS ORDER. THIS MATTER is before the Court *sua sponte*. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff shall effect service of process and file proof of service of the Complaint on all Defendants **no later than April 6, 2023**. All claims against any Defendant that has not been served with notice of this action by that day––evidenced by valid proof of service filed to the docket––will be dismissed without prejudice pursuant to Rule 4(m). Signed by Judge Kathleen M. Williams on 3/7/2023. (er01) (Entered: 03/07/2023) |
| 03/07/2023 | Ï 12 | PAPERLESS ORDER. THIS MATTER is before the Court on 10 Defendant Fantasia Trading LLC's and Defendant Power Mobile Life LLC's Motion for Extension of Time to Answer or Respond to the Complaint ("Motion"). For good cause shown, and in the interests of the "just, speedy, and inexpensive determination of every action and proceeding" pursuant to Federal Rule of Civil Procedure 1, it is **ORDERED AND ADJUDGED** that 10 the Motion is **GRANTED**. Defendant Fantasia Trading LLC and Defendant Power Mobile Life LLC shall respond to the Complaint on or before **April 12, 2023**. Signed by Judge Kathleen M. Williams on 3/7/2023. (er01) (Entered: 03/07/2023) |
| 03/07/2023 | Ï 13 | Unopposed MOTION to Transfer *to the Northern District of Illinois* by Sagar R Desai. (Attachments: # 1 Text of Proposed Order)(Neary, Robert) (Entered: 03/07/2023) |
| 03/10/2023 | Ï 14 | ORDER granting 13 Unopposed MOTION to Transfer to the Northern District of Illinois. Signed by Judge Kathleen M. Williams on 3/10/2023. *See attached document for full details.* (drz) (Entered: 03/10/2023) |
| 03/10/2023 | Ï | Civil Case Terminated per Order of Transfer de# 14 . Closing Case. (drz) (Entered: 03/10/2023) |