## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Sagar R Desai

                          Plaintiff,

v.                                                     Case No.: 1:23−cv−01607
                                                                  Honorable Sara L. Ellis

Anker Technology Corporation, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 31, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties' motion to consolidate [23]. The Court consolidates this case with Trevor Sloan v. Anker Technology Corporation, et al., No. 1:22−cv−07174 (N.D. Ill.). Plaintiffs should include the claims in the present case in the consolidate amended complaint filed in Trevor Sloan v. Anker Technology Corporation, et al., No. 1:22−cv−07174 (N.D. Ill.). Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.