**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Sagar R. Desai v. Anker Technology Corp., et al.

Case Number: 1:23-cv-01607

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff, Sagar R. Desai

Attorney name (type or print): Daniel S. Maland

Firm: Rennert Vogel Mandler & Rodriguez

Street address: 100 SE 2nd ST, Suite 2900

City/State/Zip: Miami, FL 33131

Bar ID Number: FL Bar # 114932
(See item 3 in instructions)

Telephone Number: 305 423 3562

Email Address: dmaland@rvmrlaw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 31, 2023

Attorney signature: S/ Daniel S. Maland
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015